# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

April 14, 2014

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

APR 1 8 2014

FILED _____
DOCKETED _____
DATE          INITIAL

Re: Fox Broadcasting Company, Inc., et al.
v. Dish Network, LLC, et al.
Application No. 13A1021
(Your No. 12-57048)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kennedy, who on April 14, 2014, extended the time to and including May 23, 2014.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

NOTIFICATION LIST

Scott S. Harris
Clerk of the Court
(202) 479-3011

Mr. Richard L. Stone
Jenner & Block LLP
633 West 5th Street
Suite 3600
Los Angeles, CA 90071

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

APR 18 2014

FILED
DOCKETED
DATE     INITIAL

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526